

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2018

No. 04-18-00190-CV

**IN RE THE GUARDIANSHIP OF JAMES FAIRLEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On April 4, 2018, this court issued an opinion and order denying relator's petition for writ of mandamus. The next day, relator filed an amended motion for rehearing. The amended motion for rehearing is DENIED.

Relator's Motion to Augment the Record is also DENIED.

It is so **ORDERED** on April 9, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011PC1068, styled *In re Guardianship of James E. Fairley, An Incapacitated Person*, pending in the Probate Court No 2, Bexar County, Texas, the Tom Rickhoff presiding. The Honorable Polly Jackson Spencer signed some of the orders at issue in this proceeding.